MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOHN E. GURA, JR.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York  10007
Tel. (212) 637-2712
Fax. (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                :
ROBERT GETSO,                   :    STIPULATION AND ORDER
                                :
                                :    08 Civ. 1928 (LTS)(DFE)
            Plaintiff,          :
                                :
       - v -                    :
                                :
MICHAEL J. ASTRUE,              :
Commissioner of                 :
Social Security,                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - - x

       WHEREAS, plaintiff brought this action pursuant to 42 U.S.C. § 405(g) to contest the Commissioner's determination that he was overpaid disability benefits; and,

       WHEREAS, plaintiff had not exhausted administrative remedies with respect to the Commissioner's overpayment determination or any other claim made to the Social Security Administration ("SSA"); and,

       WHEREAS, the parties wish to settle this matter without the need for further litigation;

USDC SDNY
DATE SCANNED 4/29/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that: (1) SSA will issue a new overpayment determination, which will contain an explanation of the facts and reasons relating to the agency's determination; (2) SSA will offer plaintiff an opportunity to participate in an in-person conference with SSA personnel to discuss the issue of waiver of any determined overpayment; (3) plaintiff may pursue his administrative remedies with respect to any adverse administrative determination made by SSA as provided in 20 C.F.R. § 404.900; and,(4) this action be, and hereby is, dismissed with prejudice and without costs to either party pursuant to Rule 41(a) of the Federal Rules of Civil

Procedure.

Dated: New York, New York
       April 29, 2008

                                        */s/*
                                  ROBERT GETSO
                                  Plaintiff *pro se*
                                  P.O. Box 1043
                                  Old Chelsea Station
                                  New York, New York  10113
                                  Telephone: (347)879-2205


                                  MICHAEL J. GARCIA
                                  United States Attorney for the
                                  Southern District of New York
                                  Attorney for Defendant

By: */s/*
    JOHN E. GURA, JR.
    Assistant United States Attorney
    86 Chambers Street
    New York, New York  10007
    Telephone: (212) 637-2712
    john.gura@usdoj.gov


SO ORDERED: 4/29/08

*/s/ Douglas F. Eaton*
United States Magistrate Judge

3