```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
ROBERT GETSO,

                Plaintiff,

        - against -

COMMISSIONER MICHAEL J. ASTRUE and
SOCIAL SECURITY ADMINISTRATION,

                Defendants.
------------------------------------x
```

08 Civ. 1928 (LTS)(DFE)

This is not an ECF case

MEMORANDUM AND ORDER

DOUGLAS F. EATON, United States Magistrate Judge.

On April 29, 2008, the parties signed a Stipulation and I so ordered it. It provided that this action is dismissed with prejudice and without costs. It also provided that the Social Security Administration ("SSA") will issue a new overpayment determination, and will offer plaintiff an opportunity to participate in an in-person conference with SSA personnel to discuss the issue of waiver of any determined overpayment. It also provides that plaintiff may pursue his administrative remedies with respect to any adverse administrative determination made by the SSA.

To complete the record, I direct the Clerk's Office to docket the following documents (in chronological order) that I previously received and considered:

> 1. Mr. Getso's affirmation (served on March 12, 2008 but mistakenly dated March 14, 2008) moving for a preliminary injunction and temporary restraining order.
>
> 2. AUSA Gura's letter to me dated April 1, 2008.
>
> 3. Mr. Getso's April 6, 2008 reply to my April 3, 2008 Memorandum and Order.
>
> 4. Mr. Getso's April 19, 2008 "Letter to the Court."
>
> 5. Mr. Getso's April 27, 2008 "Notice of Motion" for a status hearing and in opposition to the defendants' motion to dismiss.

I also direct the Clerk's Office to note on the docket sheet

-1-

USDC SDNY
DATE SCANNED 5/12/08

that in light of the April 29, 2008 Stipulation, all motions are hereby withdrawn as moot.

                                              *[signature]*
                                      DOUGLAS F. EATON
                                      United States Magistrate Judge
                                      500 Pearl Street, Room 1360
                                      New York, New York 10007
                                      Telephone: (212) 805-6175
                                      Fax: (212) 805-6181

Dated:    New York, New York
          May 12, 2008

Copies of this Memorandum and Order are being sent to:

Mr. Robert Getso (by e-mail to rmgetso@yahoo.com)

John E. Gura, Jr., Esq. (at fax 212-637-2712)

Hon. Laura Taylor Swain